2:13cv228

JUL 22 2013

David J. Bradley, Clerk of Court

Honorable Grahm Jack.    7-15-13

Please excuse the bother of this letter. Your are the most powerfull person I know. I'm in jail now on a case my lawyer says will get dropped. But in the mean time I'm here. I am a dialsis patient. This medical dept has completly ignored my diet needs, and scodule of meds. My machine cleans my blood so much, meds help so much. Keeping my diet up has alot to do with my health. Because of my weak bones I need high protien, and for heart health, I need low phosphrus foods. When I get off treatment I am supposed to have a protien drink to put back what the machine took out (nutrients). I belive in paying for what you did. But not messing up what lil life I got left, that shouldn't be part of the deal. Can you please help me, I dont want to get worst. Thank you

Juan Lucid

Juan Lucio
00344450
P.O. Box 1529
C.C. Tx. 78410



CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 22 2013
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

CORPUS CHRISTI
TX 784 1 L
19 JUL 2013 PM

Federal Courthouse
C/O Honorable Grahm Jack
1133 N. Shoreline
C.C. Tx. 78401



78401$2003