UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN MANUEL LUCIO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-228 |
| | § | |
| NUECES COUNTY JAIL, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

A final judgment of dismissal without prejudice is entered.

ORDERED this 25th day of September, 2013.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE