Honorable B. Janice Ellington                               10-8-13

    I recently had a lawsuit in your courtroom 2:13-cv-00228 of which I dismissed on 9-25-13. On that day you told me the Marshalls would not keep a hold on me due to the lawsuit. My wife called the jail today and found out the Marshalls have a hold on me cause of the lawsuit I dropped. It is holding me back from catching chain. Can you please have the Marshalls drop the hold they have on me. Once again the case is 2:13-cv-00228 and can you please remove the hold the Marshalls have on me.

                                            Thank You

Juan Manuel Lucio   10-30-74
2:13-cv-00228

Can you please send me paperwork saying it's been lifted
                                            Thank you

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 16 2013
David J. Bradley, Clerk of Court



Juan Lucio
10034450
P.O. Box 1524
C.C. TX. 78401

CORPUS CHRISTI TX 784
RIO GRANDE DISTRICT
11 OCT 2013 PM L T

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 16 2013
David J. Bradley, Clerk of Court

c/o Honorable Janice Ellington
1133 North Shoreline
Corpus Christi, TX 78401

78401$2003